IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDGAR RENE MIER-GARCES, | : | Civil No. 1:25-CV-02444 |
| Petitioner, | : | |
| v. | : | |
| JEFFREY GREENE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 5th day of January 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                             s/Jennifer P. Wilson
                             JENNIFER P. WILSON
                             United States District Judge
                             Middle District of Pennsylvania